Opinion issued April 17, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00981-CV






ROLISHA GOINS, Appellant


V.


HITCHCOCK INDEPENDENT SCHOOL DISTRICT, ET AL., Appellee






On Appeal from the 10th District Court 

Galveston County, Texas

Trial Court Cause No. 2003CV1038






MEMORANDUM OPINION Appellant Rolisha Goins has neither established indigence, nor paid or made
arrangements to pay the clerk's fee for preparing the clerk's record. See Tex. R. App.
P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal
of appeal if no clerk's record filed due to appellant's fault). After being notified that
this appeal was subject to dismissal, appellant** did not adequately respond. See
Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to pay or make
arrangements to pay the clerk's fee. All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.